FILED

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

2013 JUL 10  A 11: 51

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| INTEGRATION TECHNOLOGIES GROUP, INC. ) | |
| ) | |
| Plaintiff ) | |
| ) | No. 1:13CV836-AJT/TRJ |
| v. ) | |
| ) | |
| THE ALE GROUP, INC. ) | |
| ) | |
| Defendant ) | |

# FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Integration Technologies Group, Inc., certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued stock or debt securities to the public; and that no publicly held entity (corporate or otherwise) owns 10 percent or more of its stock.

July 10, 2013
Date

Russell J. Gaspar, VSB 15020
Andrew K. Wible, VSB 78168
COHEN MOHR, LLP
Suite 504, 1055 Thomas Jefferson St., N.W.
Washington, D.C.  20007
(202) 342-2550 (Telephone)
(202) 342-6147 (Facsimile)
rgaspar@cohenmohr.com
awible@cohenmohr.com

Attorneys for Integrated Technologies Group, Inc.